1  Richard I. Werder, Jr.
   Thomas D. Pease
2  David Mader
   QUINN EMANUEL URQUHART
3   & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
4  New York, New York 10010-1601
   Telephone: (212) 849-7000
5  Facsimile:  (212) 849-7100

6  **IN ASSOCIATION WITH**:
   Dominic Gentile
7  GENTILE CRISTALLI
   MILLER ARMENI SAVARESE
8  410 South Rampart Blvd, Suite 420
   Las Vegas, Nevada  89145
9  Telephone: (702) 880-0000
   Facsimile: (702) 778-9709
10
   Attorneys for Plaintiffs International Game
11 Technology and IGT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT, | CASE NO. 2:15-cv-01842-APG-VCF |
| Plaintiffs, | |
| vs. | |
| LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRY COBB, AND BRUCE CUNNINGHAM, | |
| Defendants. | |

### UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Plaintiffs International Game Technology and IGT, by and through their undersigned counsel, respectfully request leave to permit their counsel to participate in the status hearing scheduled in the above-noted matter on February 25, 2016 by telephone.  Plaintiffs' request, which is unopposed,

/ / /

/ / /

/ / /

would allow for the full participation of Plaintiffs' New York-based counsel.

Dated this 23rd day of February, 2016.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Shauna Hughes*

Richard I. Werder, Jr.
Thomas D. Pease
David Mader
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**IN ASSOCIATION WITH**:
Dominic Gentile
Gentile Cristalli
Miller Armeni Savarese
410 S. Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Telephone: (702) 880-0000
Facsimile: (702) 778-9709

*Attorneys for Plaintiffs International Game Technology and IGT*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the foregoing Unopposed Motion for Leave to Appear Telephonically with the Clerk of the United States District Court for the District of Nevada by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF System. I further certify that a true and correct copy of this Motion has been forwarded to the following counsel for Defendants by electronic mail:

**Kent R. Robison**
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
krobison@rbsllaw.com
*Attorney for Defendants*

/s/ Mynal Hyde
An Employee of
Gentile Cristalli Miller Armeni Savarese

-3-

Richard I. Werder, Jr.
Thomas D. Pease
David Mader
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**IN ASSOCIATION WITH:**
Dominic Gentile
GENTILE CRISTALLI
MILLER ARMENI SAVARESE
410 South Rampart Blvd, Suite 420
Las Vegas, Nevada 89145
Telephone: (702) 880-0000
Facsimile: (702) 778-9709

Attorneys for Plaintiffs International Game Technology and IGT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRY COBB, AND BRUCE CUNNINGHAM,<br><br>  Defendants. | CASE NO. 2:15-cv-01842-APG-VCF |

**[PROPOSED] ORDER**

WHEREAS the Court has scheduled a status conference in this matter on February 25, 2016, at 1:30 p.m.; and

WHEREAS Plaintiffs International Game Technology and IGT have sought leave to permit their counsel to participate in the aforementioned status conference by telephone, which request Defendants have not opposed;

/ / /

1  **NOW THEREFORE**, upon consideration of Plaintiffs' Unopposed Motion for Leave to
Appear Telephonically, and for good cause, it is hereby

**ORDERED** that counsel Plaintiffs International Game Technology and IGT may appear at the scheduled February 25, 2016 status conference by telephone, according to instructions that will be communicated in advance of the hearing by the Court.

DATED this  24th  day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

The call in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.