# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY, | |
| Plaintiffs, | |
| vs. | 2:15-cv-01842-APG-VCF |
| LEAP FORWARD GAMING, INC, *et al.*, | **ORDER** |
| Defendants. | |

On February 25, 2016, the Court ordered that any defendant who has not filed an answer to the complaint must do so by May 2, 2016.  (ECF NO. 34).  To date, no answer has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 a.m., May 20, 2016, in courtroom 3D.

DATED this 4th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE