KENT ROBISON, ESQ. – NSB #1167
krobison@rbsllaw.com
SCOTT L. HERNANDEZ, ESQ. – NSB #13147
shernandez@rbsllaw.com
**Robison, Belaustegui, Sharp & Low**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: 775-329-3151
Facsimile: 775-329-7169
*Attorneys for Defendants Leap Forward Gaming, Inc.,*
*Mohammad Ali Saffari, Perry Cobb, and Bruce Cunningham*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Plaintiffs, <br><br> vs. <br><br> LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRY COBB, and BRUCE CUNNINGHAM, <br><br> Defendants. | **CASE NO.: 2:15-cv-01842-APG-VCF** |

**STIPULATION AND JOINT MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

Plaintiffs International Game Technology and IGT and the Defendants, by and through their undersigned counsel, respectfully request leave to permit counsel for Plaintiffs and Defendants to participate in the status hearing scheduled in the above-noted matter on May 20, 2016, by telephone. This request, which is unopposed and is stipulated to, would allow for the full participation of Plaintiffs' New York-based counsel and the Defendants Reno, Nevada-based counsel.

/ / /

/ / /

1

1   DATED this 17th day of May, 2016.

2   ROBISON, BELAUSTEGUI, SHARP & LOW
    A Professional Corporation
3   71 Washington Street
    Reno, Nevada 89503
4
    /s/ Kent R. Robison
5   KENT R. ROBISON – NSB #1167
    SCOTT L. HERNANDEZ – NSB #13147
6   *Attorneys for Defendants Leap Forward Gaming, Inc.,*
    *Mohamad Ali Saffari, Perry Cobb, and Bruce Cunningham*
7

8

9   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
10  New York, New York 10010-1601

11
    /s/ Thomas D. Pease
12  RICHARD L. WERDER, JR.
    THOMAS D. PEASE
13  DAVID MADER
    *Attorneys for Plaintiffs*
14

15  **IN ASSOCIATION WITH:**
    DOMINIC GENTILE, ESQ. – NSB #1923
16  GENTILE CRISTALLI MILLER ARMENI
        & SAVARESE, PLLC
17  410 S. Rampart Blvd., Suite 420
    Las Vegas, Nevada 89145
18

19

20

21

22

23

24

25

26

27

28

**KENT ROBISON, ESQ. – NSB #1167**
krobison@rbsllaw.com
**SCOTT L. HERNANDEZ, ESQ. – NSB #13147**
shernandez@rbsllaw.com
**Robison, Belaustegui, Sharp & Low**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:   775-329-3151
Facsimile:   775-329-7169
*Attorneys for Defendants Leap Forward Gaming, Inc.,
Mohammad Ali Saffari, Perry Cobb, and Bruce Cunningham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRY COBB, and BRUCE CUNNINGHAM,<br><br>Defendants. | **CASE NO.: 2:15-cv-01842-APG-VCF** |

### [Proposed] ORDER TO APPEAR TELEPHONICALLY

WHEREAS, the Court has scheduled a status hearing in this matter on May 20, 2016 at 11:00 a.m.; and

WHEREAS, Plaintiffs and Defendants have jointly sought leave to permit counsel to participate in the aforementioned status hearing by telephone.

NOW, THEREFORE, upon consideration of the parties' Stipulation and Joint Motion For Leave to Appear Telephonically, and for good cause,

IT IS HEREBY ORDERED that counsel for Plaintiffs and Defendants may appear at the

scheduled May 20, 2016 status hearing by telephone, according to instructions that will be communicated in advance of the hearing by the Court.

DATED:   This 17th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE