# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY AND IGT,<br><br>                Plaintiffs,<br><br>vs.<br><br>LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRRY COBB and BRUCE CUNNINGHAM,<br><br>                Defendant. | 2:15-cv-01842-APG-VCF<br><br>**<u>ORDER</u>** |

The Court has reviewed the Joint Status Report and Request for Additional Time (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., October 17, 2016, in courtroom 3D.  A date for Defendants to answer the complaint will set at the status hearing.

DATED this 18th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE