# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| INTERNATIONAL GAME TECHNOLOGY AND IGT,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRRY COBB and BRUCE CUNNINGHAM,<br><br>　　　　　Defendant. | 2:15-cv-01842-APG-VCF<br><br>**ORDER** |

　　　The parties have filed the Joint Status Report and Request for Additional Time (ECF No. 44). A status hearing has been scheduled for 10:00 a.m., October 17, 2016.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 a.m., July 22, 2016 is VACATED.

　　　DATED this 19th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE