# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

INTERNATIONAL GAME TECHNOLOGY and IGT,

        Plaintiff,

vs.

LEAP FORWARD GAMING, INC., MOHAMAD ALI SAFFARI, PERRY COBB, and BRUCE CUNNINGHAM,

        Defendants.

2:15-cv-01842-APG-VCF

**MINUTE ORDER**

       The parties have filed a proposed stipulation and order for dismissal of complaint. (ECF No. 52). Accordingly,

       IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m., October 17, 2016, is VACATED.

       IT IS FURTHER ORDERED that the stipulation and order to appear telephonically for the status hearing (ECF No. 50) is DENIED as moot.

       DATED this 14th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE